UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 06-204 |
| | ) | EDWA CASE NO. CR07-2048 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| TAM THANH LE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:     Conspiracy to Manufacture and Distribute a Controlled Substance

<u>Date of Detention Hearing</u>:     May 11, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant has been charged with a drug offense for which the maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both

01 dangerousness and flight risk, under 18 U.S.C. §3142(e).

02      2.      Defendant is a naturalized citizen who has resided in the Seattle area for a number
03 of years. He and his wife have strong family ties to Vietnam. He has traveled there frequently,
04 the last visit occurring in March 2007. There is a pending unrelated felony drug charge against
05 the defendant and his wife in King County, Washington. He reports having very high medical bills
06 from a serious car accident in December 2005. He has no ties to the Eastern District of
07 Washington.

08      3.      Taken as a whole, the record does not effectively rebut the presumption that no
09 condition or combination of conditions will reasonably assure the appearance of the defendant as
10 required and the safety of the community.

11 It is therefore ORDERED:

12      (1)    Defendant shall be detained pending trial and committed to the custody of the
13             Attorney General for confinement in a correction facility separate, to the extent
14             practicable, from persons awaiting or serving sentences or being held in custody
15             pending appeal;

16      (2)    Defendant shall be afforded reasonable opportunity for private consultation with
17             counsel;

18      (3)    On order of a court of the United States or on request of an attorney for the
19             Government, the person in charge of the corrections facility in which defendant is
20             confined shall deliver the defendant to a United States Marshal for the purpose of
21             an appearance in connection with a court proceeding; and

22 / / /

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                              Rev. 1/91
PAGE 2

01     (4)    The clerk shall direct copies of this Order to counsel for the United States, to

02     counsel for the defendant, to the United States Marshal, and to the United States

03     Pretrial Services Officer.

04 DATED this 11th day of May, 2007.

                                 Mary Alice Theiler
                                 United States Magistrate Judge